

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00255-CV

Andres **BUENO**,
Appellant

v.

**MELISSA HERNANDEZ,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-03-52114-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On August 29, 2014, this court issued an opinion in this appeal. A motion for rehearing or en banc reconsideration was due on September 15, 2014. *See* TEX. R. APP. P. 49.1, 49.7. A motion for extension of time to file a motion for rehearing is due not later than September 30, 2014. *See id.* R. 49.8.

On September 23, 2014, Appellee Melissa Hernandez filed a motion for en banc reconsideration, but she did not concurrently file a motion for extension of time. On September 25, 2014, Appellee filed a motion for extension of time to file the motion for en banc reconsideration.

Appellee's motion for extension of time to file Appellee's motion for en banc reconsideration is GRANTED. *See id.* Appellee's motion is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court